1  David S. Bloch (SBN 184530)
   blochd@gtlaw.com
2  GREENBERG TRAURIG, LLP
3  Four Embarcadero Center, Suite 3000
   San Francisco, California 94111
4  Telephone: 415.655.1300
   Facsimile: 415.520.5609
5
6  Michael D. Lane (SBN 239517)
   lanemd@gtlaw.com
7  GREENBERG TRAURIG, LLP
   1201 K Street, Suite 1100
8  Sacramento, CA 95814
   Telephone: (916) 442-1111
9  Facsimile: (916) 448-1709

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
6/14/2021

10
11 Attorneys for Plaintiff
   Revjet Corporation
12

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVJET CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JIVOX. CORPORATION, a Delaware corporation, and DOES 1-10,<br><br>　　　　　Defendant. | **CASE NO.** 20-cv-09438-YGR<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint filed: December 30, 2020<br>Judge: Hon. Yvonne Gonzalez Rogers |

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), Plaintiff Revjet Corporation hereby voluntarily dismisses its claims in this action. Defendant Jivox Corporation has not served either an answer or a motion for summary judgment in this proceeding, so the dismissal shall be WITHOUT PREJUDICE, with each side to bear its own costs and fees.

Dated: June 4, 2021

/s/ David S. Bloch

Counsel for Plaintiff, Revjet Corporation

David S. Bloch (SBN 184530)
blochd@gtlaw.com
GREENBERG TRAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, California 94111

Michael D. Lane (SBN 239517)
lanemd@gtlaw.com
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814